UNITED STATES of America,
Plaintiff—Appellee,

v.

Edwin Peres BILLONES, a/k/a Edwin Billones, Defendant—Appellant.

No. 05–50615.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 21, 2006.*

Filed Aug. 24, 2006.

Becky S. Walker, Esq., Eliot F. Krieger, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Errol H. Stambler, Esq., Attorney at Law, Los Angeles, CA, for Defendant–Appellant.

Before: GOODWIN, REINHARDT, and BEA, Circuit Judges.

MEMORANDUM **

Edwin Peres Billones appeals from the district court's restitution order imposed following his guilty plea conviction for wire fraud, in violation 18 U.S.C. § 1343.

We dismiss in light of the valid appeal waiver. *See United States v. Jeronimo,* 398 F.3d 1149, 1153 (9th Cir.) (stating that the court enforces knowing and voluntary appeal waivers that encompass the grounds raised), *cert. denied,* —— U.S. ——, 126 S.Ct. 198, 163 L.Ed.2d 188 (2005); *see also United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render a waiver of appeal involuntary and unknowing).

**DISMISSED.**

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.